## 21030.   WILLIAMS v. THE STATE.

CANDLER, Justice.   No errors of law being complained of and the verdict being amply supported by the evidence, the trial judge did not err as contended in denying the motion for new trial. .

*Judgment affirmed.   All the Justices concur.*

ARGUED SEPTEMBER 15, 1960—DECIDED OCTOBER 6, 1960.

*H. G. Rawls*, for plaintiff in error.
*Joe M. Ray, Solicitor-General, Peter Zack Geer, Eugene Cook, Attorney-General, Rubye G. Jackson, Assistant Attorney-General*, contra.